Ramon Odin LAGOS–M, aka Antonio
Cardona, aka Ramon Odin Lagos–
Murillo, Plaintiff–Appellant,

v.

Victor LORANTH, Doctor at Federal
Correctional Institution Williams-
burg, in Individual and Official Ca-
pacity; Donald F. Bauknecht, Warden
at Federal Correctional Institution
Williamsburg, in Individual and Offi-
cial Capacity, Defendants–Appellees.

No. 07–7163.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2007.

Decided Dec. 27, 2007.

Ramon Odin Lagos–M, Appellant Pro
Se.

Before MICHAEL and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ramon Odin Lagos–M, a federal prison-
er, appeals the district court's order ac-
cepting the recommendation of the magis-
trate judge and dismissing his complaint
filed pursuant to *Bivens v. Six Unknown
Named Agents of Fed. Bureau of Narcot-
ics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d
619 (1971), under 28 U.S.C. § 1915(e)(2)(B)
(2000), for failure to state a claim upon
which relief may be granted. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Lagos–
M. v. Loranth,* No. 9:07–cv–01409, 2007
WL 2105327 (D.S.C. July 19, 2007). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED*